IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., AND a Nebraska Corporation; and APPLIED RISK SERVICES, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>TOP'S PERSONNEL, INC., A New Jersey Corporation;<br><br>　　　　　　Defendant. | 8:15CV90<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's anticipated motion to arbitrate the entire case, or in the alternative, to stay this litigation pending the outcome of arbitration shall be filed on or before April 5, 2016.

2) Plaintiff's response shall be filed on or before April 19, 2016.

3) Defendant's reply, if any, shall be filed on or before April 26, 2016.

March 21, 2016.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge