IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>TOP'S PERSONNEL, INC., A New Jersey Corporation;<br><br>    Defendant. | 8:15CV90<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the final progression order is amended as follows:

1) The telephonic conference scheduled for January 10, 2017 is cancelled.

2) Motions to compel Rule 33 through 36 discovery must be filed by January 17, 2017.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) Any motion to withdraw deemed admissions to Requests for Admissions must be filed on or before January 17, 2017.

4) The deposition deadline is February 17, 2017.

5) All other deadlines and settings in the court's progression order, (Filing No. 39), are unchanged.

December 22, 2016.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge