IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; | |
| Plaintiff, | 8:15CV90 |
| vs. | ORDER |
| TOP'S PERSONNEL, INC., A New Jersey Corporation; | |
| Defendant. | |

The court's orders for this case state: "Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute." (Filing Nos. 35 & 49). The purpose of this requirement is to limit motion practice in favor of first requiring candid discussions between counsel before contacting the court, and absent a resolution between counsel alone, then exploring potential resolution through court-facilitated discussions. Unnecessary motion practice is both expensive and time-consuming, and it undermines the goal of securing "a just, speedy, and inexpensive determination" of this case. Fed.Civ.R.1.

Defendant did not comply with the court's order before filing a motion to compel.

Accordingly,

IT IS ORDERED that Defendant's motion to compel (Filing No. 46) is denied.

January 17, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge