IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

APPLIED UNDERWRITERS, INC., a
Nebraska Corporation;

        Plaintiff,

   vs.

TOP'S PERSONNEL, INC., A New Jersey
Corporation;

        Defendant.

**8:15CV90**

**MEMORANDUM AND ORDER**

This matter is before the court on Plaintiff's motion to continue its deadline to respond to Defendant's motion to compel, (Filing No. 68).  The parties have informed the undersigned Magistrate Judge that they have reached a stipulation on this motion and other case progression deadlines.

Accordingly,

IT IS ORDERED:

1)     Plaintiffs motion to continue its deadline to respond to Defendant's motion to compel, (Filing No. 68), is denied as moot. By agreement of the parties, Plaintiff's response was filed February 21, 2017.

2)     Defendant's reply brief in support of its motion to compel is due February 27, 2017.

3)     The deposition deadline is March 13, 2017.

4)      Defendant's opposition to Plaintiff's motion for summary judgment is due March 15, 2017.

Dated this 23rd day of February, 2017.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge