IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; and APPLIED RISK SERVICES, INC., | 8:15CV90 |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| TOP'S PERSONNEL, INC., A New Jersey Corporation; | |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff's discovery responses, as ordered on March 31, 2017 (see Filing No. 77), shall be served on or before April 28, 2017.

2) Defendant's deadline for responding to the pending motion for summary judgment is stayed pending further order of the court.

3) A telephonic conference with the undersigned magistrate judge will be held on May 17, 2017 at 11:00 a.m. to discuss further case progression, including the deadline for responding to Plaintiff's motion for summary judgment. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 40), to participate in the call.

April 25, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge