## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC.,<br>A Nebraska Corporation<br><br>Plaintiffs<br><br>vs.<br><br>TOP'S PERSONNEL, INC.,<br>A New Jersey Corporation<br><br>Defendant | CIVIL ACTION NO: 8:15-CV-00090<br><br>**MOTION FOR DISCOVERY SANCTIONS PURSUANT TO RULE 37 AND TO COMPEL SUPPLEMENTAL INITIAL DISCLOSURES AND THE DEPOSITION OF JEFFREY SILVER, ESQ.** |

Defendant Top's Personnel, Inc. ("Tops"), by and through its counsel of record, pursuant to the Court's Order dated June 21, 2017 (Filing No. 88), Rules 7(b) and 37 of the Federal Rules of Civil Procedure, and Nebraska Civil Rule 7.1, moves this Court to impose discovery sanctions pursuant to Rule 37 and to compel supplemental disclosures and the deposition of Jeffery Silver, Esq.  In support of this Motion, Top's states as follows:

1)    Defendant filed its Motion to Compel on January 17, 2017 (Doc. No. 28).

2)    The Court granted Defendant's first motion to compel, in part, and ordered Plaintiff to respond more fully to certain of Defendant's discovery requests on March 31, 2017 (Doc. 77).

3)    Plaintiff's supplemental responses continue to be insufficient and noncompliant with the Court's Order.

4)    Plaintiff's supplemental responses also include information that require it to supplement its Initial Disclosures, but it has not done so.

5)    Plaintiff continues to refuse to produce Mr. Silver for a deposition.

6)    Top's has engaged counsel for Plaintiff regarding resolution of these discovery issues.

4815-9701-4603.1

7)      Plaintiff has refused to provide any additional information or correspondence responsive to Defendant's requests.

8)      A brief in support of this Motion and an index of evidence is being filed contemporaneously this Motion.

Dated this 28th day of June, 2017.

Respectfully submitted,

TOP'S PERSONNEL, INC., Defendant

By:   _s/ Meghan M. Blinn_

Meghan M. Blinn, #23230
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102
(402) 346-6000
(402) 346-1148
Meghan.Blinn@kutakrock.com

Ralph P. Ferrara, of counsel
Aaron L. Peskin, of counsel
FERRARA LAW GROUP, P.C.
50 W. State St.
Suite 1100
Trenton, NJ 08608
Telephone:  (609) 571-3738
Fax:  (609) 571-7440
ralph@ferraralawgp.com
aaron@ferraralawgp.com

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Jeffrey A. Silver
jeffreysilver@silver-law.net

*s/ Meghan M. Blinn*
Meghan M. Blinn

4815-9701-4603.1