IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; | |
|---|---|
| Plaintiff, | 8:15CV90 |
| vs. | ORDER |
| TOP'S PERSONNEL, INC., A New Jersey Corporation; | |
| Defendant. | |

As stated in the parties' stipulation, (Filing No. 99), which is hereby approved,

IT IS ORDERED that fees and costs are awarded pursuant to the Court's August 7, 2017 Order (Filing No. 95) in the amount of $5,500.00, to be paid by Plaintiff to Defendant on or before September 15, 2017.

September 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge