IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; and APPLIED RISK SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TOP'S PERSONNEL, INC., A New Jersey Corporation; <br><br> Defendant. | 8:15CV90 <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The discovery deadline is December 1, 2017.

2) Any motion for leave to amend Defendant's answer and allege counterclaims shall be filed on or before December 15, 2017.

3) The deadline for filing a motions for summary judgment is February 2, 2018.

October 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge