IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>TOP'S PERSONNEL, INC., A New Jersey Corporation;<br><br>Defendant. | 8:15CV90<br><br>**ORDER** |

The parties have advised that they jointly request an extension of deadlines in this case. Accordingly,

IT IS ORDERED:

1) The parties' joint motion to extend, (filing no. 111), is granted.

   a) The discovery deadline is January 2, 2018.

   b) Any motion for leave to amend Defendant's answer and allege counterclaims shall be filed on or before January 16, 2018.

2) Further extensions will not be granted absent a showing of **substantial good cause.**

Dated this 30th day of November, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge