IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., | |
| Plaintiff, | 8:15-CV-90 |
| vs. | ORDER |
| TOP'S PERSONNEL, INC., | |
| Defendant. | |

This matter is before the Court on the plaintiff's objection to the Magistrate Judge's January 26, 2018 Order granting the defendant's motion for leave to amend its pleadings (filing 127). After reviewing the record, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); *see* 28 U.S.C. § 636(b)(1)(A).

IT IS ORDERED:

1. The plaintiff's objection (filing 139) is overruled.

2. The plaintiff's motion to stay discovery (filing 149) is denied as moot.

3. The plaintiff's motion to strike the defendant's amended answer and counterclaim (filing 150) is denied.

Dated this 21st day of February, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge