IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; and APPLIED RISK SERVICES, INC., | 8:15CV90 |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| TOP'S PERSONNEL, INC., A New Jersey Corporation; | |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Meghan M. Blinn and her firm, Kutak Rock, LLP, as counsel of record for Top's Personnel, Inc., (Filing No. 154), is granted.

February 22, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge