IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>TOP'S PERSONNEL, INC., A New Jersey Corporation;<br><br>    Defendant. | 8:15CV90<br><br>ORDER |

As requested in the parties' joint email communication,

IT IS ORDERED:

1) The deadline for Plaintiff to file a brief in opposition to Defendant's motion for class certification (Filing No. 161) is extended to April 16, 2018. Defendant's reply to Plaintiff's opposition shall be filed on or before May 7, 2018.

2) The deadline to file a reply brief in support of each parties' motion for summary judgment (Filing Nos. 141 and 145) is extended to March 13, 2018.

Dated this 8th day of March, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge