IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; <br><br> Plaintiff, <br><br> vs. <br><br> TOP'S PERSONNEL, INC., A New Jersey Corporation; <br><br> Defendant. | **8:15CV90** <br><br> **ORDER** |

As requested in Defendant's unopposed motion, (Filing No. 181),

IT IS ORDERED that the deadline for Plaintiff to file a brief in opposition to Defendant's motion for class certification (Filing No. 161) is extended to May 25, 2018. Defendant's reply to Plaintiff's opposition shall be filed on or before June 25, 2018.

Dated this 10th day of April, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge