IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation;<br><br>              Plaintiff,<br><br>    vs.<br><br>TOP'S PERSONNEL, INC., A New Jersey Corporation;<br><br>              Defendant. | **8:15CV90**<br><br>**ORDER** |

The court's scheduling order for this case states: "Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute." ([Filing No. 39 at CM/ECF p. 2](#)). The purpose of this requirement is to limit motion practice in favor of first requiring candid discussions between counsel before contacting the court, and absent a resolution between counsel alone, then exploring potential resolution through court-facilitated discussions. Unnecessary motion practice is both expensive and time-consuming, and it undermines the goal of securing "a just, speedy, and inexpensive determination" of this case. Fed.Civ.R.1.

Plaintiff did not comply with the court's order before filing a motion to compel.

Accordingly,

IT IS ORDERED that Plaintiff's motion to compel, ([Filing No. 185](#)), is denied.

Dated this 4th day of May, 2018.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge