IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; and APPLIED RISK SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TOP'S PERSONNEL, INC., A New Jersey Corporation; <br><br> Defendant. | **8:15CV90** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED that as to the 30(b)(6) deposition notice Applied Underwriter's has served on Top's Personnel:

1) Applied Underwriter's motion to compel shall be filed on or before May 21, 2018.

2) Top's Personnel's response shall be filed on or before June 1, 2018.

3) No reply shall be filed absent leave of the court for good cause shown.

May 15, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge