IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOP'S PERSONNEL, INC., A New Jersey Corporation;<br><br>　　　　Defendant. | **8:15CV90**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The deadline for Global Indemnity Insurance Agency, Inc. (Global) to produce the documents as required under the court's prior order, (Filing No. 201), is August 31, 2018.

2) The deadline for completing class certification discovery is October 19, 2018.

3) Applied's deadline for filing its response to the motion for class certification is November 21, 2018, with any reply due on or before December 7, 2018.

August 22, 2018.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge