IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; | 8:15CV90 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TOP'S PERSONNEL, INC., A New Jersey Corporation; | |
| Defendant. | |

After conferring with counsel, (Filing No. 214, audio file),

IT IS ORDERED:

1) Top's Personnel's motion to compel production of all discovery in in litigation pending against Applied Underwriters in California (the <u>Shasta Linen</u> litigation) and in New York (the <u>National Conventions Services (NCS)</u> litigation), shall be filed on or before November 16, 2018. Any response shall be filed on or before November 30, 2018. No reply shall be filed absent leave of the court for good cause shown.

2) Applied's deadline for filing its response to the motion for class certification is extended to December 21, 2018, with any reply due on or before January 4, 2019.

November 9, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge