IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; and APPLIED RISK SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TOP'S PERSONNEL, INC., A New Jersey Corporation; <br><br> Defendant. | **8:15CV90** <br><br> **ORDER** |

After conferring with counsel, (Filing No. 240, audio file),

IT IS ORDERED:

1) On or before June 27, 2019, the parties shall advise the court as to whether the parties will be ready, willing, and able to engage in informed settlement discussions for final resolution of this case on July 10, 2019.

2) Regarding the parties' respective discovery disputes,

    a. On or before July 19, 2019, the parties shall file their respective motions to compel discovery and associated evidence and briefs, and

        i. To the extent choice of law issues may inform the court as to whether the requested information is relevant, the parties shall address those issues.

        ii. The parties' briefing shall also address the issue of whether, considering the ongoing administrative and/or court litigation

pending in New Jersey, this court should stay this litigation and await a New Jersey decision on whether the insurance plan(s) at issue violate New Jersey law.

b. Responses shall be filed on or before August 2, 2019.

c. No reply shall be filed absent leave of the court for good cause shown.

June 21, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge