# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; and APPLIED RISK SERVICES, INC., | **8:15CV90** |
| Plaintiffs, | **ORDER** |
| vs. | |
| TOP'S PERSONNEL, INC., A New Jersey Corporation; | |
| Defendant. | |

During a discovery dispute conference held on June 20, 2019, counsel informed the court that litigation was pending in a New Jersey forum regarding whether the policies at issue in this federal case violated New Jersey law and/or regulations. The answer to this question may be relevant to Defendant's defenses and counterclaims, and the documents underlying the New Jersey litigation were the focus of the parties' discovery dispute. The court asked the parties to confer and determine whether this case should be stayed pending a New Jersey decision, particularly since insurance is an industry highly regulated by the states.

The parties have jointly decided that a stay is appropriate.  In the interest of comity and preserving court resources, the court agrees.

Accordingly,

IT IS ORDERED:

1)      This case, including all deadlines and settings, is stayed pending further order of the court.  The settlement conference currently scheduled for July 10, 2019 is cancelled.

2)    Beginning September 30, 2019, Plaintiff shall file a report on this court's docket which explains the current status of the pending New Jersey litigation. Plaintiff shall file a similar report every 90 days thereafter until the New Jersey litigation is complete.

3)    The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes

June 26, 2019.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge