IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| APPLIED UNDERWRITERS, INC., a Nebraska Corporation; | 8:15CV90 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TOP'S PERSONNEL, INC., A New Jersey Corporation; | |
| Defendant. | |

IT IS ORDERED:

1)   The motions to withdraw, (Filing Nos. 252 and 253), are granted.

2)   Benjamin F. Johns and Zachary P. Beatty of Chimicles Schwartz Kriner & Donaldson-Smith LLP ("CSK&D are hereby withdrawn as counsel for Plaintiff Top's Personnel Inc. and the Putative Class.

May 18, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge